US District Court
Central District of Illinois

Anthony Gay
      plaintiff

vs

JT Keys, in his individual capacity
as a Rock Island police officer;
John Doe, in his individual capacity
as a Rock Island police officer; Mike
Thoms, in his individual capacity as
Mayor of Rock Island; and the city
of Rock Island
      Defendants

## COMPLAINT

Now comes plaintiff, Anthony Gay, complains against the above-named defendants as follows:

## I. NATURE OF ACTION (FACTS)

(1) Plaintiff, Anthony Gay, was tortured in solitary confinement for 20 years or so. In turn, plaintiff suffers from PTSD. As a result, authority figures such as the police are a grave concern and trigger for plaintiff.

-1-

(2) On May 23, 2020, plaintiff, Anthony Gay, cousin was shot and killed. Two more of plaintiff's cousins were also shot. Subsequently, plaintiff and three of plaintiff's other cousins (Jessie Brand Jr., Darius Gay and Othel Gay Jr.) had left the hospital. When plaintiff and his family made a stop at a stop sign, they were shot at 13 times. Two of plaintiff's cousins were hit. Jesse Brand Jr. was one of the people hit (the police took pictures of his injuries).

(3) Defendant Keys was the first officer on the scene (at the stop sign incident). As soon as defendant Keys arrived, he pulled out his gun and pointed it at plaintiff as he loudly and aggressively told plaintiff to put his hands up and to get on his knees. Plaintiff agreed to put his hands up, but indicated that he couldn't get on his knees.

-2-

(4) When other officers arrived, defendant Keys directed defendant John Doe to cuff plaintiff and put plaintiff on his knees. Defendant John Doe, aggressively cuffed plaintiff and forced plaintiff to his knees. The cuffs were put on extremely tight.

(5) After plaintiff was aggressively and forcefully put on his knees, defendant Keys ran up and kneed plaintiff in the face, dazing plaintiff, and taking a phone out of plaintiff's possession, throwing it, stating, "fuck your phone."

(6) As a result of plaintiff's mental health and what happened to plaintiff in solitary confinement, what defendant Keys did to plaintiff, was horrifying.

(7) After defendant Keys maliciously and sadistically kneed plaintiff in the face and threw his phone, defendant John Doe placed plaintiff in the back of defendant John Doe's squad

-3-

car.

(8) It was obvious that plaintiff was in distress, but instead of seeking a mental health professional, defendant John Doe, tried to force plaintiff to talk about what transpired. Plaintiff refused to talk.

(9) Plaintiff, while in distress kept asking why was he being detained and under arrest.

(10) Defendant John Doe continued to detain plaintiff and attempt to force plaintiff to talk.

(11) After defendant John Doe realized that plaintiff was not going to talk, defendant John Doe, let plaintiff out the squad car. He then placed plaintiff against the front of the squad car.

(12) Defendant John Doe then searched plaintiff.

-4-

(13) Upon searching plaintiff, defendant John Doe, illegally siezed plaintiff's money ($1,500), phone and hotel key and refused to return it.

(14) Plaintiff informed defendant John Doe that he need his key to get in his hotel room. Defendant John Doe refused to return it. He also refused to return plaintiff's money ($1,500) and phone.

(15) Coupled with the fact of everything that had taken place May 23, 2020, including plaintiff's family being killed, shot, and plaintiff almost losing his life and plaintiff's mental illness, what defendant John Doe did was horrifying.

(16) On or about May 25, 2020, plaintiff talked to defendant Mayor Thoms about plaintiff being battered, illegally detained and property being illegally seized.

-5-

(17) Defendant Thoms said that he couldn't do anything about it. Defendant Thoms refused to report police misconduct.

(18) Defendant Thoms is the Mayor of Rock Island. He has an obligation to report citizens report of Abuse.

(19) Jeffrey VenHuizen is the Chief of Police at Rock Island Police Department. He has command responsibility over all other members of the department and is directly responsible for planning, assigning and coordinating the daily activities of Rock Island Police Department.

(20) Richard Landi is the lieutenant of Internal Affairs at Rock Island police department and serves as a special agent to the Chief of Police conducting internal investigations involving complaints of misconduct within the police department and is the police liaison to the local liquor commissioner.

-6-

(21) Defendant Thoms had an obligation to report to Jeffrey VenHuizen or Richard Landi that plaintiff was battered by a police officer and had his property illegally taken.

(22) Defendant Thoms and Rock Island Police Department are hostile and bias against plaintiff and plaintiff's family.

(23) On August 29, 2020, plaintiff's cousin, Jesse Brand Jr. was shot and killed. Plaintiff's cousin Othel Gay Jr. was also shot.

(24) There is video footage showing that the Rock Island Police left Jesse Brand Jr. to die (they did not try to revive him).

(25) On August 29, 2020, defendant Thoms held a press conference with Rock Island Chief of Police, Jeffrey VenHuizen, issuing an executive order in relations to a curfew, after plaintiff's cousin,

-7-

Jessie Brand Jr., was killed, and plaintiff's cousin, Othel Gay Jr., was shot, but refused to report plaintiff being battered and robbed by police on May 23, 2020.

(20) On September 7, 2020 defendant Thoms spoke with TV reporter Jim Niedelman, using euphemism, calling plaintiff's family, regular troublemakers, giving the image that plaintiff's family is responsible for the fatal shootings in Rock Island. (This infuriated plaintiff and his family.)

(21) As a result of Mayor Thoms putting a stigma on our family, on September 14, 2020, plaintiff's cousins (Shenella Jackson and Linda Gay) went to the September 14, 2020 city counsel meeting to express their "individual opinion" about how things need to change in Rock Island. Mayor Thoms responded in ~~——~~ an indifferent and sarcastic tone, "we need to change."

— 8 —

COUNT ONE - Fourth Amendment - (Defendant Keys)

(28) Defendant JT Keys, maliciously and sadistically kneed plaintiff in plaintiff's face with the intentions to cause plaintiff serious harm with no justification

COUNT TWO - BATTERY (Defendant Keys)

(29) Plaintiff re-alleges paragraphs 1 thru 6

COUNT THREE - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (DEFENDANT Keys)

(30) Plaintiff re-alleges paragraphs 1 thru 6

COUNT FOUR - FOURTH AMENDMENT (Defendant John Doe)

(31) Plaintiff re-alleges paragraphs 4 thru 15

-9-

## COUNT FIVE – UNLAWFUL DETAINMENT
(Defendant John Doe)

(32) Plaintiff re-alleges paragraphs 4 thru 15

## COUNT SIX – UNLAWFUL IMPRISONMENT
(Defendant John Doe)

(33) Plaintiff re-alleges paragraphs 4 thru 15

## COUNT SEVEN – ILLEGAL SEARCH AND SIEZURE (Defendant John Doe)

(34) Plaintiff re-alleges paragraphs 4 thru 15

## COUNT EIGHT – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
(Defendant John Doe)

(35) Plaintiff re-alleges paragraphs 4 thru 15

## COUNT NINE – DENIAL OF EQUAL PROTECTION (Major Thoms)

(36) Plaintiff re-alleges paragraphs 1 thru 28. Defendant Thoms discriminated against

-10-

plaintiff and refused to report plaintiff's complaints of being battered and robbed by Rock Island police.

### COUNT TEN - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (Mayor Thoms)

(37) Plaintiff re-alleges paragraphs 1 thru 28. Defendant Thoms sweeping Rock Island police misconduct (plaintiff being battered and robbed) under the rug is outrageous.

### II  JURISDICTION AND VENUE

(38) This court has jurisdiction over this action pursuant to 28 U.S.C §§ 1331 and ▇ 1343 (A) (3) and (4)

(39) This court has supplemental jurisdiction over plaintiff's state law claims (battery and intentional infliction of emotional distress) pursuant to 28 U.S.C. § 1367

-11-

(40) Venue is proper in this court pursuant to 28 U.S.C § 1391(b), and one or more of the Defendants resides in the Central District of Illinois and the events giving rise to the claims asserted in this lawsuit arose in this Judicial District.

## III. THE PARTIES

(41) Anthony Gay is the plaintiff in this action, and was at all times pertinent a citizen of United States and resident of Rock Island, Illinois

(42) Defendant JT Keys is a duly-certified law enforcement officer employed by the Rock Island Police Department.

(43) Defendant John Doe is a duly-certified law enforcement officer employed by the Rock Island Police Department.

-12-

(44) Defendant Mayor Thoms is the Mayor of Rock Island, Illinois.

(45) Defendant Rock Island for its unconstitutional policies, custom and/or practice under Monell and its progeny.

(46) Rock Island is and was at all times material hereto a political subdivision of the state of Illinois, organized and existing under and by virtue of the laws of Illinois

(47) Rock Island Police Department (RIPD) is and was at all times material hereto a Rock Island Agency, providing the vehicle through which the city fulfills its police functions.

## IV RELIEF REQUESTED

Wherefore, Plaintiff respectfully requests judgment against defendants for the following:

-13-

A. An Award of compensatory and punitive damages

B. Any other further relief this court may deem just and appropriate.

## V. DEMAND FOR JURY

Pursuant to Rule 38(b) of the Federal Rules of Civil procedure, Plaintiff hereby demands a trial by jury in this action of all issues so triable.

Dated:

Respectfully submitted
/s/ Anthony Gay
Anthony Gay
1228 - 14th Street
Rock Island, Il 61201

## CERTIFICATION

By signing this complaint, I certify that the facts stated in this complaint are true and to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the court.

Signed this 24 day of November 2020

## Certificate of Service

This certifies I put the above instrument in the mail on 11-24-20

/s/ Anthony Gay
Anthony Gay
1228 - 14th street
Rock Island, Il 61201

-15-

11-27-2020

To: U.S District Court Clerk
From: Anthony Gay
1228 - 14th Street
Rock Island, Il 61201

Enclosed, please find complaint. Please send me a stamped-filed copy.

/s/ [signature]
1228 - 14th Street
Rock Island, Il 61201



Anthony Gay
1228 - 14th street
Rock Island, Il 61201

QUAD CITIES IL PDF 612
WED 25 NOV 2020 AM

Clerk of Court
US District Court
100 NE Monroe st
Peoria, Il 61602