US DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Anthony Gay                                                            20 cv 4250
    Plaintiff
Vs
J.T. Key, in his individual capacity as a Rock Island police officer; Scott Gable, in his individual capacity as a Rock Island police officer; and the City of Rock Island
    Defendants

## COMPLAINT

Now comes plaintiff, Anthony Gay, pursuant to Fed R. Civ. P 15 (a) (1) (b) filing this First Amended Complaint against the above named defendants and state as follows:

## PARTIES

(1) Anthony Gay is the plaintiff in this motion, and was at all times pertinent a citizen of United States and resident of Rock Island, Illinois

(2) Defendant J.T. Key is a duly-certified law enforcement officer employed by the Rock Island police Department. He is sued in his individual capacity.

(3) Defendant Scott Gable a duly-certified law enforcement officer employed by the Rock Island police Department. He is sued in his individual capacity.

(4) Defendant City of Rock Island is a Municipal Corporation, duly incorporated under the laws of the state of Illinois and is the employer and principal of the Defendant-officers.

## FACTS

(5) Plaintiff, Anthony Gay, was tortured in solitary confinement for 20 years or so. In turn, the plaintiff suffers from PTSD. As a result, authority figures such as the police are a grave concern and trigger for the plaintiff.

(6) On May 23, 2020, plaintiff, Anthony Gay, cousin was shot and killed. Two more of the plaintiff's cousins were also shot. Subsequently, plaintiff and three of plaintiff's other cousins (Jessie Brand Jr., Darius Gay and Othel Gay Jr.) had left the hospital. When the plaintiff and his family made a stop at a stop sign, they were shot at 13 times. Two of the plaintiff's cousins were hit. Jesse Brand Jr., was one of the people hit ( the police took pictures of Jessie's injuries).

(7) Defendant Key was the first officer on the scene. As soon as Key arrived, he pulled out his gun and pointed it at the plaintiff as he loudly and aggressively told the plaintiff to put his hands

up and get on his knees. Plaintiff agreed to put his hands up, but indicated that he couldn't get on his knees.

(8) When other officers arrived, defendant Key directed defendant Scott Gable to cuff plaintiff and put plaintiff on his knees. Defendant Scott Gable, aggressively cuffed plaintiff and forced plaintiff to his knees. The cuffs were put on extremely tight.

(9) After plaintiff was aggressively and forcefully put on his knees, defendant Key kneed plaintiff in the face, dazing plaintiff, and taking plaintiff's phone out of plaintiff's possession, throwing it, stating, "fuck your phone."

(10) As a result of plaintiff's mental health and what happened to plaintiff in solitary confinement, what defendant key did to plaintiff was horrifying.

(11) After defendant Key maliciously and sadistically kneed plaintiff in the face and threw his phone, defendant Scott Gable placed plaintiff in the back of defendant Gable's squad car.

(12) It was obvious that plaintiff was in distress, but instead of seeking a mental health professional, defendant Scott Gable tried to force plaintiff to talk about what transpired. Plaintiff refused to talk.

(13) Plaintiff, while in distress kept asking why he was being detained and under arrest.

(14) Defendant Scott Gable continued to detain plaintiff and attempted to force plaintiff to talk.

(15) After defendant Scott Gable realized that plaintiff was not going to talk, defendant Scott Gable, let plaintiff out of the squad car. He then placed the plaintiff against the front of the squad car.

(16) Defendant Scott Gable then searched the plaintiff.

(17) Upon searching plaintiff, defendant Scott Gable, illegally seized plaintiff's money (1,500), phone and hotel key and refused to return it.

(18) Coupled with the fact of everything that had taken place May 23, 2020, including plaintiff's family being killed, shot, and plaintiff almost losing his life and plaintiff's mental illness, what defendant Scott Gable did was horrifying.

(19) On or about May 25, 2020, plaintiff talked to Mayor Thoms about plaintiff being battered, illegally detained and property being illegally seized.

(20) Mayor Thoms said that he couldn't do anything about it. Mayor Thoms refused to report police misconduct.

(21)  Mayor Thoms is the Mayor of Rock Island. Mayor Thoms refusing to report police misconduct is a direct example of a code of silence.

**COUNT 1 FOURTH AMENDMENT - ( EXCESSIVE FORCE by J.T. Key)**

(22)  Plaintiff realleges paragraphs 1 through 21 as fully stated herein.

(23) Defendant J.T. Key violated plaintiff's Fourth Amendment right, as guaranteed by the Fourteenth Amendment to be free from the use of excessive and unreasonable force.

**COUNT 2 - BATTERY - (J.T. Key)**

(24) Plaintiff re- alleges paragraphs 1 through 21 as fully stated herein.

**COUNT 3 - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (J.T. KEY)**

(25) Plaintiff re- alleges paragraphs 1 through 21 as fully stated herein.

**COUNT 4 - FOURTH AMENDMENT VIOLATION**
**(Illegal search and seizure by Scott Gable)**

(26)  Plaintiff realleges paragraphs 1 through 21 as fully stated herein.

**COUNT 5 - UNLAWFUL DETAINMENT**
**(Defendant Scott Gable)**

(27) Plaintiff re- alleges paragraph 1 through 21 as fully stated herein.

**COUNT 6 - UNLAWFUL IMPRISONMENT**
**(Defendant Scott Gable)**

(28) Plaintiff re- alleges  paragraph 1 through 21 as fully stated herein.

**COUNT 7 - ILLEGAL SEARCH AND SEIZURE**
**(Defendant Scott Gable)**

(29) Plaintiff re- alleges paragraph 1 through 21 as fully stated herein.

**COUNT 8 - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
**(Defendant Scott Gable)**

(30) Plaintiff re- alleges paragraph 1 through 21 as fully stated herein.

**COUNT 9 - MONELL CLAIM AGAINST THE CITY OF ROCK ISLAND**

(31) Plaintiff re- alleges all of the above paragraphs and counts, as if fully set forth herein.

(32) At all times material to this complaint there existed in the city of Rock Island the following practices, policies and customs:

    (a) Arbitrary use of excessive force against suspects, arrestees, detainees and other civilians,

    (b) Preparing false and incomplete police reports, and/ or not preparing police reports, to cover up police misconduct including unconstitutional searches and seizures,

    (c) A code of silence in that police officers fail to report misconduct,

    (d) Failing to adequately train, supervise and discipline police officers in the categories and fields of police work addressed above.

    (e) Failing to adequately investigate citizen complaints against police officers.

    (f) Failing to adequately discipline officers for misconduct.

    (g) The actions of the Defendant- officers as alleged in this complaint were taken pursuant to, and as a result of, one or more of the above de facto practices, policies and customs of the City of Rock Island, the Rock Island police Department, and its police officers.

    (h) One or more of the following entities, authorities and officials are responsible for the policies, practices and customs alleged above: the Mayor of Rock Island, the City Council, the Rock Island Police Department.

    (i) The practices, policies and customs described above are widespread, permanent and well-settled, and were known, or should have been known, to the Municipal policy-makers of the City of Rock Island.

    (j) The Municipal policy-makers of the City of Rock Island acted with deliberate indifference in maintaining, overlooking and preserving the unconstitutional practices, policies and customs delineated abuse.

    (k) By their inaction and failure to correct the above- described practices, policies and customs, Municipal policy-makers tacitly approve and thus indirectly authorize the type of misconduct. Plaintiff complains of herein.

**COUNT TEN - INDEMNIFICATION CLAIM PURSUANT TO 745 ILCS 10/9 - 102**

(33) The acts of the defendant officers described in the above claims were willful and wanton, and committed in the scope of employment.

(34) Pursuant to the Illinois Tort Immunity Act, 745 ILCS 10/9 - 102, Defendant City of Rock Island is liable for any judgments for compensatory damages in this case arising from the individual officer's actions.

Wherefore, plaintiff asks this honorable court to order defendant City of Rock Island to indemnify Defendants Key and Gable for any judgment for compensatory damages in this case arising from their actions.

**COUNT ELEVEN- Illinois STATE LAW - RESPONDEAT SUPERIOR**

(35) Each foregoing paragraph of this complaint is incorporated as if fully set forth herein.

(36) Defendant City of Rock Island is liable for state- law torts of its employees under the doctrine of respondeat superior.

**JURISDICTION AND VENUE**

(37) This Court has jurisdiction over this action pursuant to 28 U.S.C 1331 and 1343 (a) (3) and (4)

(38) This Court has supplemental jurisdiction over plaintiff's state law claims ( battery and intentional infliction of emotional distress) pursuant to 28 U.S.C. 1337.

(39) Venue is proper in this court pursuant to 28 U.S.C. 1391 (b), and one or more of the Defendants resides in the Central District of Illinois and the events giving rise to the claims asserted in this lawsuit arose in this Judicial District.

**RELIEF REQUESTED**

Wherefore, plaintiff respectfully requests judgment against defendants for the following;

   A. An award of Compensatory damages

   B. Any other further relief this court may deem just and appropriate.

**DEMAND FOR JURY**
Pursuant to Rule 38 (b) of the Federal Rules of Civil Procedure, Plaintiff hereby demands a trial by jury in this action of all issues so triable.

**DATED:** April 16th, 2020

**RESPECTFULLY SUBMITTED**
Anthony Gay
1228-14thstreet
Rock Island, il 61201

**CERTIFICATION**
By signing this complaint, I certify that the facts stated in this complaint are true and to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the court

Signed this 16th day of May of 2020

**CERTIFICATE OF SERVICE**
This certifies I put the above instrument in the mail to defendants counsel on April 16th, 2020

Anthony Gay
1228-14thstreet
Rock Island, Il 61201