UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DIVISION

| | |
|---|---|
| ANTHONY GAY,<br>    Plaintiff,<br><br>v.<br><br>J.T. KEY, SCOTT GABLE, AND CITY OF ROCK ISLAND,<br>    Defendants. | Case No. 20CV4250 |

### PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANTS' RULE 68 OFFER OF JUDGMENT

Plaintiff, ANTHONY GAY, by and through one of his attorneys, Abby D. Bakos of Bakos & Maisuria Law Group, hereby accept the May 19, 2022 Offer of Judgment by Defendants J.T. Key, Scott Gable and the City of Rock Island as follows: Judgment is to be entered against Defendant J.T. Key, Defendant Scott Gable and Defendant City of Rock Island in the amount of $22,500.00 inclusive of attorneys' fees and costs.

This acceptance is filed within 14 days of receipt of the Rule 68 Offer of Judgment. Attached hereto as Exhibit A is the Offer of Judgment referenced above along with proof of service.

                                                        BY:   /s/ Abby D. Bakos
                                                                          Abby D. Bakos

Bakos & Maisuria Law Group, LLC
1755 Park Street, Suite 200-1070
Naperville, Illinois 60563
833-800-2654
abby@bakosmaisuria.com
www.bakosmaisuria.com

# CERTIFICATE OF SERVICES

The undersigned, an attorney, hereby certifies that she served the foregoing Notice of Acceptance of Offer of Judgment Upon All Attorneys of record via CM/ECF filing system on May 19, 2022.

                                                        BY:    /s/ Abby D. Bakos
                                                                      Abby D. Bakos

Bakos & Maisuria Law Group, LLC
1755 Park Street, Suite 200-1070
Naperville, Illinois 60563
833-800-2654
abby@bakosmaisuria.com
www.bakosmaisuria.com