IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| Anthony Gay,<br>   Plaintiff,<br><br>v.<br><br>J.T. Key, and<br>Scott Gable,<br>   Defendants. | Civil Action No. 20-CV-4250 |

## **Offer of Judgment**

     Come now the defendants, Rock Island Police Officer J.T. Key, Rock Island Police Officer Scott Gable, and the City of Rock Island by and through their attorneys, lead counsel David G. Morrison and co-counsel Hector Lareau, and pursuant to Federal Rule of Civil Procedure 68 hereby offers to allow judgment to be entered against them, jointly and severally, in the amount of $22,500.00, which shall be the total amount paid by the defendants, inclusive of all of plaintiff's claims for relief which were or could have been asserted in the plaintiff's complaint, as well as interest, costs, and attorney fees. This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68; it shall not be filed with the court unless it is accepted by the plaintiff.

     If the plaintiff does not accept this offer, he may become obligated to pay the defendants' costs incurred after the making of this offer in the event he does not recover a judgment that is more favorable than this offer, as set out in Federal Rule of Civil Procedure 68(d).

     To accept this offer, the plaintiff must serve written notice of acceptance within fourteen days of the date this offer is made.

          ____/s/ *David G. Morrison*_____
          ____/s/ *Hector Lareau*
          David G. Morrison, Lead Counsel
          Hector Lareau, co-counsel
          Attorneys for Rock Island Police Officers JT Keys
          and John Doe

          1515 4th Avenue, Suite 301
          Rock Island, IL 61201

          p. 309-786-3313
          f. 309-786-7654
          david@dgmorrisonlaw.com
          hector@lareaulaw.com

## **ACCEPTANCE OF SERVICE**

  The undersigned certifies that she is the attorney for the plaintiff herein, and that she accepted service of the above offer of judgment by electronic mail on the 19th day of May, 2022.


_____
Abby D. Bakos, Esq.
BAKOS & MAISURIA LAW GROUP, LLC
Attorneys for Anthony Gay
1755 Park Street, Suite 200-1070
Naperville, Illinois 60563
Phone: 833.800.2654
Mobile: 312.371.6467
abby@bakosmaisuria.com