IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| Anthony Gay,<br><br>      Plaintiff,<br><br> vs.<br><br>J.T. Key, Scott Gable and The City of Rock Island,<br><br> Defendant. | No. 2020CV4250 |

## Satisfaction of Judgment

Comes now the plaintiff, by and through counsel, and hereby acknowledges receipt of payment in full and satisfaction of the judgment entered in the above-captioned matter.

                                                                                 Respectfully submitted,

                                                                                 Anthony Gay, plaintiff,

                                                                                 By: /s/ *Abby D. Bakos*

                                                                                     Abby D. Bakos
                                                                                     Attorney for the Plaintiff

Abby D. Bakos, Esq.
BAKOS & MAISURIA LAW GROUP, LLC
1755 Park Street, Suite 200-1070
Naperville, Illinois 60563
Phone: 833.800.2654
Mobile: 312.371.6467
abby@bakosmaisuria.com

Certificate of Service

    The undersigned hereby certifies that she served a copy of the foregoing to all attorneys of record via CM/ECF Filing System on August 1, 2022.

                                            By: /s/ *Abby D. Bakos*
                                                 Abby D. Bakos
                                                 Attorney for the Plaintiff

Abby D. Bakos, Esq.
BAKOS & MAISURIA LAW GROUP, LLC
1755 Park Street, Suite 200-1070
Naperville, Illinois 60563
Phone: 833.800.2654
Mobile: 312.371.6467
abby@bakosmaisuria.com